SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:  (415) 436-7017
  Fax:            (415) 436-6748
  Jay.Weill@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA and ) No. C 07 2515
MICHAEL FILICE, Revenue Officer, )
                                                              )
           Petitioners,                                  )  VERIFIED PETITION TO
                                                              )  ENFORCE INTERNAL
    v.                                                     )  REVENUE SERVICE SUMMONS
                                                              )
CHUK FU CHOW,                                   )
                                                              )
           Respondent.                                )
_____)

   Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer, **MICHAEL FILICE,** allege and petition as follows:

   1. This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

   2. Petitioner **MICHAEL FILICE** is and at all times mentioned herein was an employee and officer of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

   3. Petitioner **MICHAEL FILICE** is and at all times mentioned herein was attempting in the course of authorized duties to determine and collect certain federal tax

Verified Petition To Enforce
IRS Summons       1

1  liabilities of **CHUK FU CHOW** for the tax year of 2005.

2      4.    Petitioner **MICHAEL FILICE** is and at all times herein was attempting in the course of authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to attempt to determine and collect the aforementioned federal tax liabilities of **CHUK FU CHOW**, for the period stated in paragraph 3 above.

    5.    Respondent **CHUK FU CHOW**'s last known address is 341 San Fernando Way, San Francisco, CA, 94127 which is within the venue of this Court.

    6.    Petitioner **MICHAEL FILICE** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

    7.    On March 13, 2007, in accordance with law, petitioner **MICHAEL FILICE** served a summons on respondent **CHUK FU CHOW** in respect to the subject matter described in paragraphs 3, 4, and 6 above, by handing an attested copy of the summons to the respondent **CHUK FU CHOW**. The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as <u>Exhibit</u> A and is hereby incorporated by reference as a part of this petition.

    8.    The items sought by the summons described in paragraph 7 above are relevant to and can reasonably be expected to assist in the determination and collection of the above-mentioned federal tax liabilities of **CHUK FU CHOW** for the years stated in paragraph 3 above. It was and now is essential to completion of petitioner's inquiry regarding the determination and collection of the above-mentioned federal income tax liabilities of **CHUK FU CHOW** for the years stated in paragraph 3 above that respondent produce the items demanded by said summons.

    9.    The respondent did not appear on March 26, 2007, as requested in the summons.

    10.    As of the date of this petition, the respondent has failed to comply with the summons.

Verified Petition To Enforce
IRS Summons                           2

1  |  11. All administrative steps required by the Internal Revenue Code for issuance of the
2  |  summons have been taken.
3  |  12. There has been no referral to the Department of Justice for criminal prosecution
4  |  of the matters described in the summons.
5  |  **WHEREFORE**, having stated in full their petition against the respondent, petitioners
6  |  pray for enforcement of the subject summons as alleged and set forth above, as follows:
7  |  A. That the named respondent herein be ordered to appear and show cause before this
8  |  Court, if any, why he should not be compelled by this Court under 26 U.S.C. § 7604(a) to give
9  |  such testimony and to produce such items as are required in the herein above-described
10 |  summons;
11 |  B. That respondent be ordered by the Court to appear before the petitioner
12 |  **MICHAEL FILICE** or any other designated agent, at a time and place directed by the Court and
13 |  then and there give such testimony and produce such items as is required by the summons; and
14 |  C. That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs
15 |  in this proceeding and such other and further relief as may be necessary and proper.

SCOTT N. SCHOOLS
United States Attorney

THOMAS MOORE
Assistant United States Attorney
Tax Division



# Summons

In the matter of  __Chuk Fu Chow dba Tsing Tao Restaurant, 341 San Fernando Way, San Francisco, CA  94127__

Internal Revenue Service (Division): __Small Business/Self Employed__

Industry/Area (name or number): __Small Business/Self Employed - California Area__

Periods: __Quarterly period ended March 31, 2005__

## The Commissioner of Internal Revenue

To:  __Chuk Fu Chow__

At:  __341 San Fernando Way, San Francisco, CA  94127__

You are hereby summoned and required to appear before Michael Filice, an officer of the Internal Revenue Service, and/or his or her designee, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for the period October 1, 2006 to date of full compliance with this summons, regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared.  A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

__100 Smith Ranch Road 120, San Rafael, CA  94903,    415-479-0302x220__

**Place and time for appearance at**  __100 Smith Ranch Road 120, San Rafael, CA  94903,__

on the __26th__ day of __March__, __2007__ at __9:00__ o'clock __A__ m.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 10-2006)
Catalog Number 21405J

Issued under authority of the Internal Revenue Code this __9th__ day of __March__, __2007__

_Michael Filice  68-11608_
Signature of Issuing Officer

__Revenue Officer__
Title

Exhibit A

Signature of Approving Officer *(if applicable)*   Title

**Original** -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 03/13/2007 | 12:05 PM |

**How Summons Was Served**

1. ☑ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):_____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:_____

| Signature | Title |
|---|---|
| Michael Filice | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☑ No notice is required.

| Signature | Title |
|---|---|
|  |  |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form **2039** (Rev. 10-2006)

1 | VERIFICATION
2 | I, **MICHAEL FILICE**, pursuant to 28 U.S.C. § 1746, declare and state as follows:
3 |     I am a duly employed Revenue Officer in the San Rafael, California office of the Internal
4 | Revenue Service of the United States Treasury Department. I am one of the petitioners making
5 | the foregoing petition. I have read and know the entire contents of the foregoing petition, and all
6 | statements of fact contained in said petition are true to the best of my own personal knowledge
7 | and recollection, and as to those facts stated upon information and belief, I believe them to be
8 | true.
9 |     I declare under penalty of perjury that the foregoing is true and correct.
10 |     Executed on _____ at San Rafael, California.

                                                            _____

                                                            **MICHAEL FILICE**

| | |
|---|---|
| 1 | VERIFICATION |
| 2 | I, MICHAEL FILICE, pursuant to 28 U.S.C. § 1746, declare and state as follows: |
| 3 | I am a duly employed Revenue Officer in the San Rafael, California office of the Internal |
| 4 | Revenue Service of the United States Treasury Department. I am one of the petitioners making |
| 5 | the foregoing petition. I have read and know the entire contents of the foregoing petition, and all |
| 6 | statements of fact contained in said petition are true to the best of my own personal knowledge |
| 7 | and recollection, and as to those facts stated upon information and belief, I believe them to be |
| 8 | true. |
| 9 | I declare under penalty of perjury that the foregoing is true and correct. |
| 10 | Executed on May 9, 2007 at San Rafael, California. |

*Michael Filice*
MICHAEL FILICE