1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Chief, Tax Division
3  THOMAS MOORE (ASB 4305-T78O)
   Assistant United States Attorney
4   450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
5   Telephone: (415) 436-6730

6  Attorneys for Petitioners

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and MICHAEL FILICE, Revenue Officer, INTERNAL REVENUE SERVICE,  Petitioners,  v.  CHUK FU CHOW,  Respondent. | No. C-07-2515 MEJ  DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE AND FURTHER REQUEST FOR DISTRICT COURT JUDGE TO ENTER ORDER TO SHOW CAUSE |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for and disposition and hereby request the reassignment of this case to a United States District Judge.

**FURTHER REQUEST FOR ENTRY OF SHOW CAUSE ORDER**

The United States of America also requests that the United States District Judge assigned to this matter issue the Order to Show Cause Re Enforcement Of Internal Revenue Service Summons which

///
///
///
///
///

C-07-2515 MEJ
DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE                                    Page 1

1 | was lodged with the United States' Verified Petition to Enforce Internal Revenue Summons.

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Attorneys for Petitioners