```
1  SCOTT N. SCHOOLS  (SCSBN 118321)
   United States Attorney
2  JAY R. WEILL  (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS MOORE  (ASBN 4305-T78O)
4  Assistant United States Attorney
    10th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone:  (415) 436-6935

7  Attorneys for the United States of America
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,**<br><br>        **Petitioners,**<br><br>        v.<br><br>**CHUK FU CHOW,**<br><br>        **Respondent.** | Case No. C-07-2515-MHP<br><br><br><br>PROOF OF SERVICE AND<br>DECLARATION OF M. FILICE |

I, MICHAEL FILICE, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

  1.   I am a Revenue Officer with the Internal Revenue Service of the United States Department of Treasury at 100 Smith Ranch Road, San Rafael, California.

  2.   On June 20, 2007, at approximately 8:55 a.m., a copy of the Order to Show Cause Re: Enforcement of Internal Revenue Summons and the Verified Petition to Enforce Internal Revenue Service Summons was served on Chuk Fu Chow at 341 Fernando Way, San Francisco, California.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed on June 21, 2007, San Rafael, California.


                                        /s/ Michael Filice
                                        MICHAEL FILICE

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**PROOF OF SERVICE AND DECLARATION OF M. FILICE**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____   **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

**Chuk Fu Chow**
**341 Fernando Way**
**San Francisco, CA 94**127

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **June 21, 2007** at San Francisco, California.

                                                /s/ Kathy Tat
                                                **KATHY TAT**
                                                **Legal Assistant**