# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: July 30, 2007

Case No.   C 07-2515  MHP                Judge: MARILYN H. PATEL

Title: USA -v- CHUK FU CHOW

Attorneys:  Plf: Thomas Moore, Gurpreet Bal
            Dft: no appearance

Deputy Clerk:  Anthony Bowser   Court Reporter: Connie Kuhl

## PROCEEDINGS

1)   OSC re IRS Enforcement

2)

3)

## ORDERED AFTER HEARING:

Defendant failed to appear; Court to issue order enforcing summons.