**FILED**

JUL 31 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer<br><br>Petitioners,<br><br>v.<br><br>CHUK FU CHOW,<br><br>Respondent. | No. C-07-2515-MHP<br><br><br><br><br><br><u>ORDER ENFORCING SUMMONS</u> |

On July 30, 2007, this matter came on to be heard upon this Court's Order to Show Cause Re Enforcement of Internal Revenue Service Summons. Thomas Moore and Gurpreet Bal appeared for the petitioners. Chuk Fu Chow did not appear. For the reason that the respondent Chuk Fu Chow failed to show cause why he should not be ordered to appear and provide documents and testimony as required by the summons previously served upon him, it is

**ORDERED** that Chuk Fu Chow shall appear before Revenue Officer Michael Filice, or other designated agent, on August 14, 2007, at 10:00 a.m., at the Internal Revenue Service offices located at 100 Smith Ranch Road 120, San Rafael, California, and then and there produce the records and give testimony relating to the matters described in the subject internal revenue service summons at issue in this matter.

**ORDERED** this 30 day of July, 2007 at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE