SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6935

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,  Petitioners,  v.  CHUK FU CHOW,  Respondent. | No. C-07-2515-MHP  **APPLICATION FOR ENTRY OF ORDER TO SHOW CAUSE RE: CONTEMPT** |

On July 31, 2007, the Court entered an Order Enforcing Summonses.  The respondent Chuk Fu Chow was ordered by the Court to appear on August 14, 2007, before Revenue Officer Michael Filice at the San Rafael, California offices of the Internal Revenue Service and to comply with the IRS summons served on him.  The order was served on the respondent who did not appear and has failed to provide the testimony and produce the documents as ordered by the Court in the Order Enforcing Summons.  Declaration of Thomas Moore at ¶¶ 2-3.

Accordingly, the United States of America requests that respondent be ordered to appear and show cause before this Court, if any, why he should not be held in contempt for his failure to comply with the Court's Order.

SCOTT N. SCHOOLS
United States Attorney


  /s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney