SCOTT N. SCHOOLS  (SCSBN 118321)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-6935

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,**  Petitioners,  v.  **CHUK FU CHOW,**  Respondent. | Case No. C-07-2515-MHP  **PROOF OF SERVICE AND DECLARATION OF THOMAS MOORE** |

  I, THOMAS MOORE, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

  1.  I am employed as an Assistant United States Attorney with the United States Attorney's Office in San Francisco California. As part of my official duties, I have been assigned to represent the United States in the above-entitled matte.

  2.  On July 31, 2007, by United States Post Office mail, I served a copy of the July 31, 2007, Order Enforcing summons on Chuk Fu Chow and such mail was not returned to my office by the Post Office.

  3.  Chuk Fu Chow did not produce the required documents, give testimony to the IRS or appear at the IRS office as ordered by this Court.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed on August 15, 2007, San Francisco, California.

                  /s/ Thomas Moore
                 THOMAS MOORE