SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6935

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,** ) ) ) | **No. C-07-2515 MHP** |
| **Petitioners,** ) ) | |
| v. ) ) | **CERTIFICATE OF SERVICE** |
| **CHUK FU CHOW,** ) ) | |
| **Respondent.** ) ) | |

I, TINA LOUIE, declare:

That I am a citizen of the United States and employed in the City and County of San Francisco, California; that my business address is United States Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102; that I am over the age of eighteen years; and that I am not a party to the above-entitled action;

That on  August 16, 2007, I deposited in the United States mails, in an envelope bearing the requisite postage, a copy of:

**APPLICATION FOR ENTRY OF ORDER TO SHOW CAUSE RE: CONTEMPT**

**PROOF OF SERVICE AND DECLARATION OF THOMAS MOORE**

**[PROPOSED] ORDER TO SHOW CAUSE RE: CONTEMPT**

addressed to:

Chuk Fu Chow
341 San Fernando Way
San Francisco, CA 94127

1 | at his last known address at which place there is service by United States mail.

2 | This Certificate is executed on August 16, 2007, at San Francisco, California.

3 | I certify under penalty of perjury that the foregoing is true and correct.

4

5 |                                                /s/ Tina Louie

6 | TINA LOUIE
Legal Assistant