1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-T78O)
   Assistant United States Attorney
3  Acting Chief, Tax Division
     9th Floor Federal Building
4    450 Golden Gate Avenue, Box 36055
     San Francisco, CA 94102
5    Telephone:   (415) 436-6935
     Fax:         (415) 436-6748
6
   Attorneys for the United States of America
7
                     IN THE UNITED STATES DISTRICT COURT FOR THE
8
                          NORTHERN DISTRICT OF CALIFORNIA
9
                                 SAN FRANCISCO DIVISION
10
   UNITED STATES OF AMERICA and        )
11 MICHAEL FILICE, Revenue Officer,    )   NO.  C-07-2515-MHP
                                       )
12         Petitioners,                )
                                       )
13         v.                          )   CERTIFICATE OF SERVICE
                                       )
14 CHUK FU CHOW,                       )
                                       )
15         Respondent.                 )
                                       )
16

17       I, **KATHY P. TAT** declare:

18       That I am a citizen of the United States of America and employed in San Francisco

19 County, California; that my business address is Office of United States Attorney, 450 Golden

20 Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen

21 years, and am not a party to the above-entitled action.

22       I am employed by the United States Attorney for the Northern District of California and

23 discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy

24 of the following:

25 ORDER TO SHOW CAUSE RE: CONTEMPT - filed August 24, 2007

26 to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed

27 envelope, and served as follows:

28 __X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in

Service of Service
C-07-02515-MHP                                  1

1  the designated area for outgoing U.S. mail in accordance with this office's practice.

2  \_\_\_\_  **PERSONAL SERVICE (BY MESSENGER)**

3  \_\_\_\_  **FACSIMILE (FAX)** No.: _____

4  to the parties addressed as follows:

5  Chuk Fu Chow
   341 San Fernando Way
6  San Francisco, CA 94127

7      I declare under penalty of perjury under the laws of the United States that the foregoing is

8  true and correct.

9      Executed on **August 24, 2007** at San Francisco, California.

10

11

12                               /s/ Kathy Tat
                                **KATHY P. TAT**
                                **Legal Assistant**