**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: October 29, 2007

Case No.    C 07-2515  MHP                 Judge: MARILYN H. PATEL

Title: USA -v- CHUK FU CHOW

Attorneys:  Plf: Thomas Moore
            Dft: no appearance

Deputy Clerk:  Anthony Bowser  Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   OSC re IRS Enforcement

2)

3)

**ORDERED AFTER HEARING:**

Defendant failed to appear; Govt to submit proposed IRS enforcement order for court's consideration.