IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>CHUK FU CHOW,<br><br>Respondent. | No. C-07-2515-MHP<br><br>[proposed]<br>ORDER FINDING RESPONDENT IN CONTEMPT |

This matter came before the Court on October 29, 2007, upon the Court's Order to Show Cause Re: Contempt entered August 24, 2007.

On July 31, 2007, the Court entered its Order Enforcing Summons in this matter. Mr. Chow, who has not appeared at any of the court proceedings concerning the enforcement of the IRS summons at issue, has yet to produce the documents ordered by the Court in the Order Enforcing Summons.

Due to respondent's failure to comply with the Order Enforcing Summons, the petitioners filed an Application for Entry of Order to Show Cause Re: Contempt on August 16, 2007. On August 24, 2007, this Court ordered respondent to appear and show cause, if any, why he should not be held in contempt for his failure to comply with the Court's Order Enforcing Summons. On October 29, 2007, the show cause hearing was held.

ORDER FINDING RESPONDENT
IN CONTEMPT (No. C-07-2515-MHP)        1

1   Despite the great length of time Mr. Chow has had to comply with the Order Enforcing
2   Summons, Mr. Chow has not appeared in this matter and has not complied with the summons by
3   providing the government with testimony or the summoned records .
4   The Court having considered the record herein, it is hereby
5   **ORDERED** that respondent Chuk Fu Chow, is in contempt of this Court's Order
6   Enforcing Summons, and respondent is fined $500 per day from this date until the date he
7   complies with the Order Enforcing Summons.
8   **IT IS FURTHER ORDERED** that if respondent Chuk Fu Chow complies with the
9   Order Enforcing Summons, within fourteen days of this date, he will be purged of the $500 per
10  day fine that might have accrued against him for his failure to comply with the Order Enforcing
11  Summons.
12  **IT IS FURTHER ORDERED** that if, by November 19, 2007 respondent Chuk Fu Chow
13  has failed to comply with the Order Enforcing Summons,  he shall appear in person before this
14  Court on the  19th  day of November, 2007, at  3:00 p .m., United States Courthouse, 450 Golden
15  Gate Avenue, San Francisco, California and then and there show cause why he should not be
16  imprisoned until he complies with the Court's Order Enforcing Summons.
17  **ORDERED** this  30th  day of   October   , 2007 at San Francisco, California.



UNITED STATES DISTRICT JUDGE
IT IS SO ORDERED
Judge Marilyn H. Patel

**ORDER FINDING RESPONDENT**
**IN CONTEMPT (No. C-07-2515-MHP)**          2

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**[Proposed] Order Finding Respondent in Contempt**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____  **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Chuk Fu Chow
341 San Fernando Way
San Francisco, CA 94127

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **October 29, 2007** at San Francisco, California.

                                                  /s/ Kathy Tat
                                                  **KATHY TAT**
                                                  **Legal Assistant**