1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN-4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
    9th Floor Federal Building
4   450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
5   Telephone:  (415) 436-7017
    Fax:           (415) 436-6748
6
   Attorneys for Petitioner

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,  Petitioners,  v.  CHUK FU CHOW,  Respondent. | No. C-07-2515 MHP  **UNITED STATES' STATUS CONFERENCE STATEMENT**  DATE: November 19, 2007 TIME: 3:00 a.m. |

On October 30, 2007 this Court entered its Order Finding Respondent In Contempt. The order required the respondent to comply with the Court's Order Enforcing Summons on or before November 13, 2007.

On November 13, 2007, respondent Chuk Fu Chow mailed to the United States a Collection Information Statement. Respondent, however, failed to produce the summoned records or give testimony to th Revenue Officer as required by the summons and Order Enforcing Summons.

Accordingly, the respondent is not compliance with the Order Enforcing Summons and for that reason the United States asks this Court to imprison the respondent until he complies the summons.

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Attorneys for Petitioner

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**UNITED STATES' STATUS CONFERENCE STATEMENT**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Chuk Fu Chow
341 San Fernando Way
San Francisco, CA 94127

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **November 19, 2007** at San Francisco, California.

/s/ Kathy Tat
**KATHY TAT**
**Legal Assistant**