UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: November 19, 2007

Case No.   C 07-2515  MHP          Judge: MARILYN H. PATEL

Title: USA -v- CHUK FU CHOW

Attorneys:  Plf: Thomas Moore
            Dft: no appearance

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

## PROCEEDINGS

1)   Contempt Hearing  re IRS Enforcement

2)

3)

## ORDERED AFTER HEARING:

Defendant failed to appear; Govt to submit proposed order for defendant to appear with materials requested before this court; Failure to do so may result in a warrant for arrest.