SCOTT N. SCHOOLS (SCSB 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Tel.  (415) 436-7017
Fax.  (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,<br><br>    **Petitioners,**<br><br>    v.<br><br>CHUK FU CHOW,<br><br>    **Respondent.** | No. C-07-02515-MHP<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

    I, **KATHY P. TAT** declare:

    That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

    I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

ORDER REQUIRING RESPONDENT CHUK FU CHOW TO APPEAR BEFORE THIS COURT ON DECEMBER 17, 2007 - filed November 21, 2007

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in

Certificate of Service
C-07-2515-MHP                  1

the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Chuk Fu Chow
341 San Fernando Way
San Francisco, CA 94127

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on **November 21, 2007** at San Francisco, California.

                                               **/s/ Kathy Tat**
                                               **KATHY P. TAT**
                                               **Legal Assistant**