1  SCOTT N. SCHOOLS  (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE  (ASB 4305-O78T)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4  San Francisco, California 94102
   Telephone:    (415) 436-7017
5  Fax:           (415) 436-6748

6  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>CHUK FU CHOW,<br><br>Respondent. | Case No. C-07-02515-MHP<br><br><br><br><br>**REQUEST FOR DISMISSAL AND ORDER THEREON** |

On July 31 2007, this Court entered its order enforcing the summons at issue in this matter.  Pursuant to the order enforcing summons, the respondent appeared before the petitioner and complied with the Court's order.

Because Respondent has complied with summons and order, the United States of America asks that this matter be dismissed with prejudice.

                                              Respectfully submitted,

                                              SCOTT N. SCHOOLS
                                              United States Attorney

                                              /s/ Thomas Moore
                                              Assistant United States Attorney
                                              Tax Division

**IT IS SO ORDERED.**

    **ORDERED** this _____ day of December, 2007 at San Francisco, California.


                                              _____
                                              UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**REQUEST FOR DISMISSAL AND ORDER THEREON**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

\_X\_\_\_   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_   **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

\_\_\_\_   **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Chuk Fu Chow
341 San Fernando Way
San Francisco, CA 94127

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **December 17, 2007** at San Francisco, California.

                                        /s/ Kathy Tat
                                        **KATHY TAT**
                                        **Legal Assistant**